# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL CRANDELL,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
 Administration,

        Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C04-5047RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's attorney Elie Halpern is awarded a gross attorney's fee of $25,458.00 pursuant to 42 U.S.C. & 406(b), reduced by the EAJA fees of $4,734.80 and administrative fee of $5,300.00 that previously were awarded, leaving a net fee of $15,423.20. When issuing the 42 U.S.C. & 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney, the net balance of $15,423.20, minus any applicable processing fees as allowed by statute.

    June 6, 2007                                                          BRUCE RIFKIN
                                                                                           Clerk

                                                                                     /s/ Pat LeFrois
                                                                                       Deputy Clerk